United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| SYLVIA JONES, | ) | Case No.: 09-CV-05113-LHK |
|---|---|---|
| Plaintiff, | ) ) ) | Related Case No.: 10-CV-00034-LHK |
| v. | ) ) | ORDER TO FILE JOINT STATUS REPORT; ORDER SETTING CASE |
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS., et al., | ) ) ) | MANAGEMENT CONFERENCE |
| Defendants. | ) ) | |

Pursuant to Civil Local Rule 16-10, the Court hereby sets a Case Management Conference for July 31, 2013, at 1:30 p.m. By July 24, 2013, the parties shall file a Joint Case Management Statement, including a report regarding the status of both federal court cases.

**IT IS SO ORDERED.**

Dated: July 12, 2013

_____
LUCY H. KOH
United States District Judge

1
Case No.: 09-CV-05113-LHK
          10-CV-00034-LHK
ORDER TO FILE JOINT STATUS REPORT; ORDER SETTING CASE MANAGEMENT CONFERENCE