UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SYLVIA JONES, | Case No.: 09-CV-05113-LHK |
| | Related Case No. 10-CV-0034-LHK |
| Plaintiff, | |
| v. | ORDER TO FILE JOINT CASE |
| | MANAGEMENT STATEMENT |
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, et al., | |
| Defendants. | |

The parties have failed to file a Joint Case Management Statement 7 days in advance of the Case Management Conference set for July 31, 2013, as required by Civil Local Rule 16-10(d) and the Court's Order of July 12, 2013. The parties are hereby ORDERED to file one Joint Case Management Statement by Tuesday, July 30, at noon, including a report regarding the status of both federal court cases.

**IT IS SO ORDERED.**

Dated: July 26, 2013

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1

Case No.: 09-CV-05113-LHK
         10-CV-0034-LHK
ORDER TO FILE JOINT CASE MANAGEMENT STATEMENT