**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SYLVIA JONES, <br><br> Plaintiff, <br> v. <br><br> MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, et al., <br><br> Defendants. | Case No.: 09-CV-05113-LHK <br> Related Case No. 10-CV-0034-LHK <br><br> ORDER TO FILE JOINT CASE MANAGEMENT STATEMENT |

The parties have failed to file a Joint Case Management Statement 7 days in advance of the Case Management Conference set for July 31, 2013, as required by Civil Local Rule 16-10(d) and the Court's Order of July 12, 2013. The parties are hereby ORDERED to file one Joint Case Management Statement by <u>Tuesday, July 30, at noon</u>, including a report regarding the status of both federal court cases.

**IT IS SO ORDERED.**

Dated: July 26, 2013

_____
LUCY H. KOH
United States District Judge

1
Case No.: 09-CV-05113-LHK
        10-CV-0034-LHK
ORDER TO FILE JOINT CASE MANAGEMENT STATEMENT