UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SYLVIA JONES, | Case No.: 09-CV-05113-LHK |
| Plaintiff, | Related Case No. 10-CV-0034-LHK |
| v. | ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE |
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, et al., | |
| Defendants. | |

Plaintiff filed her Complaint on October 28, 2009, and the case was assigned to Judge James Ware. ECF No. 1. Judge Ware granted Plaintiff's request to proceed In Forma Pauperis on November 18, 2009. ECF No. 9. Judge Ware dismissed and reopened this case twice, most recently on April 1, 2010. ECF No. 26. The case was reassigned to the undersigned Judge on August 2, 2010. ECF No. 28. The most recent filing in this case was on August 13, 2010, ECF No. 29, in which Plaintiff requested judicial notice of Judge Ware's April 1, 2010 Order reopening the case and ordering that a Case Management Conference be set after the U.S. Marshal had served defendants. In Plaintiff's August 13, 2010 filing, Plaintiff noted that no Defendants had been served. *See id.*

On July 12, 2013, this Court set a Case Management Conference for July 31, 2013, at 1:30 p.m., and ordered the parties to file a Joint Case Management Statement by July 24, 2013, including a report on the status of this case and the related case, *Jones v. Mortgageit, et al.*, Case

1

Case No.: 09-CV-05113-LHK
         10-CV-0034-LHK
ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE

No. 10-CV-0034. ECF No. 32. On July 26, 2013, after the parties failed to file a Joint Case Management Statement, the Court ordered the parties to file a Joint Case Management Statement by July 30, 2013. ECF No. 33. As of July 31, 2013, no Joint Case Management Statement has been filed.

On July 31, 2013, the Court held a Case Management Conference. The parties had failed to appear, and the Court ordered Plaintiff to show cause why this case should not be dismissed with prejudice for failure to prosecute. Plaintiff has until August 14, 2013 to file a response to this Order to Show Cause. A hearing on this Order to Show Cause is set for **August 21, 2013 at 2:00 P.M.** Plaintiff's failure to respond to this Order and to appear at the August 21, 2013 hearing will result in dismissal of this action with prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated: July 31, 2013

*Lucy H. Koh*
LUCY H. KOH
United States District Judge