UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SYLVIA JONES, <br><br> Plaintiff, <br> v. <br><br> MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, et al., <br><br> Defendants. | Case No.: 09-CV-05113-LHK <br> Related Case No. 10-CV-0034-LHK <br><br> ORDER RE: NOTICE OF VOLUNTARY DISMISSAL |

On August 1, 2013, Plaintiff filed a Notice of Voluntary Dismissal Pursuant to FRCP 41(b), dismissing the above-captioned case without prejudice. ECF No. 36. Accordingly, the Order to Show Cause hearing set for August 21, 2013, is hereby VACATED.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: August 2, 2013

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 09-CV-05113-LHK
Related Case No. 10-CV-0034-LHK
ORDER RE: NOTICE OF VOLUNTARY DISMISSAL