UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SYLVIA JONES, | ) Case No.: 09-CV-05113-LHK |
| | ) Related Case No. 10-CV-0034-LHK |
| Plaintiff, | ) |
| v. | ) ORDER RE: NOTICE OF VOLUNTARY |
| | ) DISMISSAL |
| MORTGAGE ELECTRONIC REGISTRATION | ) |
| SYSTEMS, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

On August 1, 2013, Plaintiff filed a Notice of Voluntary Dismissal Pursuant to FRCP 41(b), dismissing the above-captioned case without prejudice.  ECF No. 36.  Accordingly, the Order to Show Cause hearing set for August 21, 2013, is hereby VACATED.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: August 2, 2013

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1
Case No.: 09-CV-05113-LHK
Related Case No. 10-CV-0034-LHK
ORDER RE: NOTICE OF VOLUNTARY DISMISSAL